No. 96–360. BRANSCUM ET AL. *v.* UNITED STATES; and

No. 96–361.  HILL *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  Reported below: 78 F. 3d 1307.